Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES J. ROGERS, Respondent, v. ALEXANDER W. THOMSON and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ADOLPH LINK, Respondent, v. CHARLES J. McNALLY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley and Proskauer, JJ.

LUCY COTTON THOMAS and Another, as Executors, etc., of EDWARD R. THOMAS, Deceased, Appellants, v. JOHN J. McGRAW, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH E. STEARNS, Respondent, v. STOLLWERCK CHOCOLATE COMPANY, Appellant.— Judgment affirmed, with costs. Appeal from order of this court entered on April 22, 1927, dismissed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

381 PARK AVENUE CORPORATION, Respondent, v. THE HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DELIA REYNOLDS, as Administratrix, etc., of MINNIE AGNES REYNOLDS, Deceased, Appellant, v. DALY TRUCKING CORPORATION, Appellant, and THEO. C. WOOD, INC., Respondent.— Judgment affirmed, with costs of this appeal to the defendant, respondent, against the plaintiff, and to the plaintiff against the defendant, appellant. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SARAH ZIRLIN, Appellant, v. ISIDORE FLATTO, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin and O'Malley, JJ., dissent.

EDGAR J. MACGREGOR, Appellant, v. ORSON KILBORN and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DIANA DANE DRESSES, INC., Respondent, v. SAMUEL LIPSCHITZ and Another, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DIANA DANE DRESSES, INC., Respondent, v. SAMUEL LIPSCHITZ and Another, etc.. Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Proving the Last Will and Testament of MARIE LOUISE ERSKINE, Deceased, etc.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, Appellant, v. MILTON J. GORDON, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.